Deprece HARRIS, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 71015.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 25, 1997.

Kent Denzel, Asst. Public Defender, Columbia, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Elizabeth L. Ziegler, Special Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-firming the judgment pursuant to Rule 84.16(b).

Gerald HARDESTER, Movant/Appellant,

v.

STATE of Missouri, Respondent/Respondent.

No. 70906.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 25, 1997.

Gwenda R. Robinson, Assistant Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's partial denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).